TICE DOUGLAS took no part in the consideration and decision of this application. *Mr. James V. Hayes* for petitioners.

No. 914. NALDER *v.* FEDERAL LAND BANK OF BERKELEY ET AL. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. J. D. Skeen* for petitioner. *Solicitor General Biddle* and *Messrs. Thomas E. Harris* and *Robert K. McConnaughey* for respondents.

No. 920. WRIGHTSMAN PETROLEUM Co. *v.* UNITED STATES. May 26, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Charles D. Hamel* and *John Enrietto* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. Sewall Key* for the United States.

No. 933. MUTUAL LIFE INSURANCE Co. OF NEW YORK *v.* MENIN, TRUSTEE IN BANKRUPTCY, ET AL. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. G. Bowdoin Craighill* for petitioner. *Mr. Gerson C. Young* for Abraham I. Menin, Trustee in Bankruptcy, and *Mr. J. Arthur Leve* for Parke-Bernet Galleries, Inc., respondents.

No. 941. CONTINENTAL CASUALTY Co. *v.* UNITED STATES. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert B. McCormick* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,*